**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

SCOTT WAYNE MILAM, JR., et al.,       *

    Plaintiffs                           *

                                        Case Number 1:09-CV-111 (WLS)

vs.                                       *

METROPOLITAN LIFE INSURANCE
COMPANY,                            *

    Defendant                         *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 17, 2011, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 18th day of March, 2011.

                                                       Gregory J. Leonard, Clerk

                                                       s/ Wanda K. Sanders, Deputy Clerk